IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOHN ROBERT DEMOS and
THE SOCIETY OF T.R.U.T.H.,

                      Plaintiffs,
    v.

GOLDMAN SACHS GROUP INC.,               OPINION & ORDER
MORGAN STANLEY, CITY-GROUP INC.,
I.B.M., J.P. MORGAN - CHASE & CO.,              16-cv-721-jdp
UBS FINANCIAL SERVICES, AT&T INC.,
BANK OF AMERICA, and
AMERICAN INTL GROUP INC.,

                      Defendants.

---

      Plaintiff John Robert Demos brings this lawsuit on behalf of himself and a group called "The Society of T.R.U.T.H." against IBM, AT&T, and several financial companies, alleging that they are in violation of various federal laws such as the Sherman Act, Clayton Act, and Federal Trade Commission Act.

      A review of the federal courts' Public Access to Court Electronic Records website shows that Demos has filed several hundred federal lawsuits all over the country in the last 30 years. The United States Court of Appeals for the Seventh Circuit has sanctioned Demos by fining him $500 and ordering that "[u]ntil he pays that sum in full . . . he is barred from filing further civil suits in the courts of this circuit." *Demos v. United States*, Nos. 10-1894 and 10-2177, slip op. at 2 (7th Cir. Aug. 13, 2010). Nothing in the Seventh Circuit's records or Demos's current filing suggest that he has paid off the $500 fine or has otherwise had his sanctions lifted. The Society of T.R.U.T.H. cannot appear without an attorney representing it, there is no reason to think that Demos is that group's attorney, and in any event, Demos

references only himself in the complaint's allegations, so there is no reason to think that the group is a legitimate plaintiff in this case.

Accordingly, I will dismiss this case and impose the following sanction on Demos in this court: any further civil complaints or collateral attacks on criminal sentences he files will be docketed so that there is an electronic record of these documents. But any such lawsuit will be deemed dismissed 30 days after it is filed unless the court orders otherwise. *See Alexander v. United States*, 121 F.3d 312, 315-16 (7th Cir. 1997).

## ORDER

IT IS ORDERED that:

1. This case is DISMISSED.

2. Plaintiff John Robert Demos is sanctioned as discussed in the opinion above.

3. The clerk of court is directed to enter judgment in defendants' favor and close this case.

Entered November 14, 2016.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge