IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN ROBERT DEMOS and
THE SOCIETY OF T.R.U.T.H.,

                                        JUDGMENT IN A CIVIL CASE

    Plaintiff,                                  16-cv-721-jdp

v.

GOLMAN SACHS GROUP INC.,
MORGAN STANLEY, CITY-GROUP INC.,
I.B.M., J.P. MORGAN - CHASE & CO.,
UBS FINANCIAL SERVICES, AT&T INC.,
BANK OF AMERICA and
AMERICAN INTL. GROUP INC.

    Defendants.

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

    /s/                                                  11/14/2016

Peter Oppeneer, Clerk of Court                    Date